**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELLY BREAULT,<br><br>Defendant. | Civil Action No. 4:26-mj-04166-DHH-2 |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel for Defendant Kelly Breault in the above-captioned case.

Respectfully submitted,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: May 15, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ Alexandra Arnold*
Alexandra Arnold