AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KELLY BREAULT | ) | Case No. 26-mj- 04166-DHH |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/14/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DANIEL CLOHERTY  BBO #565772
*Printed name and bar number of defendant's attorney*

ONE FINANCIAL CENTER #1120
BOSTON, MA 02111
*Address of defendant's attorney*

dcloherty@cloherty steinberg.com
*E-mail address of defendant's attorney*

617-481-0601
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*