# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: <u>1:26−mj−00208−AJ−</u>1

Case title: USA v. Breault                    Date Filed: 07/15/2026

Assigned to: US Magistrate Judge
Andrea K Johnstone

**Defendant (1)**

| **Kelly Breault** | represented by | **Stanley W. Norkunas** |
| | | Norkunas Law Office |
| | | 150 Westford Rd, Unit 26 |
| | | Tyngsborough, MA 01879 |
| | | 978−454−7465 |
| | | Email: attyswn@msn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18 U.S.C. s. 3148 Sanctions for Violation of a Pretrial Release Condition. | |

**Plaintiff**

| **USA** | represented by | **Charles L. Rombeau** |
| | | US Attorney's Office (NH) |
| | | James C Cleveland Federal Bldg |

1

53 Pleasant St, 4th Flr
Concord, NH 03301
603 225−1552
Fax: 603 225−1470
Email: charles.rombeau@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2026 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Kelly Breault. Defendant committed to District of Massachusetts. So Ordered by US Magistrate Judge Andrea K Johnstone. (bd)** (Entered: 07/16/2026) |
| 07/16/2026 | 3 | WAIVER of Rule 32.1 Hearing by Kelly Breault. Defendant requests Preliminary Hearing and Detention Hearing in prosecuting district. (bd) (Entered: 07/16/2026) |
| 07/16/2026 | | Minute Entry for proceedings held before US Magistrate Judge Andrea K Johnstone: REMOVAL HEARING as to Kelly Breault held on 7/16/2026 Court approves financial affidavit. Defendant:, advised of rights and charges, waived identity hearing. Detention hearing to be held in prosecuting district. (Govt Atty: Charles Rombeau) (Defts Atty: Stanley Norkunas) (USP: Ria McCormick) (ECRO: Laura Mitchell)(Total Hearing Time: 10 Min)(CJA Time: 24 Min) (bd) (Entered: 07/16/2026) |
| 07/16/2026 | | **ENDORSED ORDER approving 2 Motion to Appoint Counsel. Stanley Norkunas appointed in the case as to Kelly Breault (1). Assignment accepted on 7/16/2026.** *Text of Order: Request Approved. Appoint Counsel.* **So Ordered by US Magistrate Judge Andrea K Johnstone. (bd)** (Entered: 07/16/2026) |
| 07/16/2026 | 2 | MOTION to Appoint Counsel with Financial Declaration by Kelly Breault. (Attachments: # 1 Financial Affidavit) (bd) (Entered: 07/16/2026) |
| 07/16/2026 | | NOTICE OF HEARING as to Kelly Breault. Removal Hearing set for 7/16/2026 02:00 PM before US Magistrate Judge Andrea K Johnstone. (bd) (Entered: 07/16/2026) |
| 07/15/2026 | 1 | COPY of Warrant and Petition on Probation and Supervised Release from District of Massachusetts, Case No. 4:26−MJ−04166−002 (bd) (Entered: 07/15/2026) |
| 07/15/2026 | | Arrest (Removal) of Kelly Breault. (bd) (Entered: 07/15/2026) |



**U.S. District Court**

**District of New Hampshire**

## Notice of Electronic Filing

The following transaction was entered on 7/15/2026 at 3:41 PM EDT and filed on 7/15/2026

**Case Name:**        USA v. Breault
**Case Number:**      1:26−mj−00208−AJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **Arrest (Removal) of Kelly Breault. (bd)**


**1:26−mj−00208−AJ−1 Notice has been electronically mailed to:**

Charles L. Rombeau &nbsp &nbsp charles.rombeau@usdoj.gov, CaseView.ECF@usdoj.gov,
emily.morneau@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

**1:26−mj−00208−AJ−1 Notice, to the extent appropriate, must be delivered conventionally to:**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-4166-DHH |
| Kelly Breault | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**RECEIVED**
**By usms at 10:50 am, Jun 29, 2026**

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kelly Breault                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. s. 3148 Sanctions for Violation of a Pretrial Release Condition.

Date:   06/29/2026                                                  /s/ Dawn M. King
                                                        *Issuing officer's signature*

City and state:     Worcester, Ma                              Dawn M. King, Deputy Clerk
                                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:  _____                                        *Arresting officer's signature* |
| *Printed name and title* |

4



2





.com),

j.gov,

**U.S. District Court**

**District of New Hampshire**

**Notice of Electronic Filing**

The following transaction was entered on 7/16/2026 at 7:58 AM EDT and filed on 7/16/2026

| | |
|---|---|
| **Case Name:** | USA v. Breault |
| **Case Number:** | 1:26−mj−00208−AJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**NOTICE OF HEARING as to Kelly Breault. Removal Hearing set for 7/16/2026 02:00 PM before US Magistrate Judge Andrea K Johnstone. (bd)**

**1:26−mj−00208−AJ−1 Notice has been electronically mailed to:**

Charles L. Rombeau &nbsp &nbsp charles.rombeau@usdoj.gov, CaseView.ECF@usdoj.gov, emily.morneau@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Stanley W. Norkunas &nbsp &nbsp attyswn@msn.com, sam.morrissey1210@outlook.com

**1:26−mj−00208−AJ−1 Notice, to the extent appropriate, must be delivered conventionally to:**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 16 2026
FILED

**IN RE THE MATTER OF:**

_Kelly Breault_
(Petitioner's name)

Case No. _26-mj-4166-DHH_
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Kelly Breault_

respectfully request appointment of counsel to represent me as a criminal

defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is

attached. I declare under penalty of perjury that the foregoing is true and

correct.

Date: _7/16/26_

_[signature]_
Signature of Petitioner

---

## RULING BY JUDICIAL OFFICER

[X]   Request Approved. Appoint counsel.

[ ]   Request Denied.

Date: _7/16/2026_

_[signature]_
United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)

8



Content−Type: text/html

## U.S. District Court

## District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 7/16/2026 at 2:39 PM EDT and filed on 7/16/2026

| | |
|---|---|
| **Case Name:** | USA v. Breault |
| **Case Number:** | 1:26−mj−00208−AJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **ENDORSED ORDER approving [2] Motion to Appoint Counsel. Stanley Norkunas appointed in the case as to Kelly Breault (1). Assignment accepted on 7/16/2026.** *Text of Order: Request Approved. Appoint Counsel.* **So Ordered by US Magistrate Judge Andrea K Johnstone. (bd)**

**1:26−mj−00208−AJ−1 Notice has been electronically mailed to:**

Charles L. Rombeau &nbsp &nbsp charles.rombeau@usdoj.gov, CaseView.ECF@usdoj.gov, emily.morneau@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Stanley W. Norkunas &nbsp &nbsp attyswn@msn.com, sam.morrissey1210@outlook.com

**1:26−mj−00208−AJ−1 Notice, to the extent appropriate, must be delivered conventionally to:**



### U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**


The following transaction was entered on 7/16/2026 at 2:41 PM EDT and filed on 7/16/2026

| | |
|---|---|
| **Case Name:** | USA v. Breault |
| **Case Number:** | 1:26−mj−00208−AJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before US Magistrate Judge Andrea K Johnstone: REMOVAL HEARING as to Kelly Breault held on 7/16/2026 Court approves financial affidavit. Defendant:, advised of rights and charges, waived identity hearing. Detention hearing to be held in prosecuting district. (Govt Atty: Charles Rombeau) (Defts Atty: Stanley Norkunas) (USP: Ria McCormick) (ECRO: Laura Mitchell)(Total Hearing Time: 10 Min)(CJA Time: 24 Min) (bd)**


**1:26−mj−00208−AJ−1 Notice has been electronically mailed to:**

Charles L. Rombeau &nbsp &nbsp charles.rombeau@usdoj.gov, CaseView.ECF@usdoj.gov, emily.morneau@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Stanley W. Norkunas &nbsp &nbsp attyswn@msn.com, sam.morrissey1210@outlook.com

**1:26−mj−00208−AJ−1 Notice, to the extent appropriate, must be delivered conventionally to:**

11

AO 466 (Rev. 1/12) Waiver of Rule 32.1 Hearings (Violation of Probation or Supervised Release)                              USDCNH-120 (3/13)

# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 16 2026

FILED

UNITED STATES OF AMERICA

v.

Kelly Brault
_____
Defendant

Case Number: 26-mj-4166-DHH

Charging District's Case Number: _____

## WAIVER OF RULE 32.1 HEARINGS
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending another district, the ___ DISTRICT of MASSACHUSETT _____
(name of other court)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/16/2026

Date: 7/16/2026

Date: 7/16/2026

_____
Defendant

_____
Counsel for Defendant

_____
☑ United States Magistrate Judge
☐ United States District Judge

cc:   Defendant
      U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Defense Counsel

12

AO 94 (Rev. 06/09) Commitment to Another District (NH 06/09)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States                          Case No. 26-mj-208-AJ

**JUL 16 2026**

v.

**FILED**

Kelly Breault                    Charging District Case No. 26-mj-4166-DHH

# COMMITMENT TO ANOTHER DISTRICT

The defendant has been charged with a violation of pretrial release alleged to have been committed in the

District of Massachusetts

    Brief Description of Charge(s): See attached

CURRENT BOND STATUS:

☐ Bail fixed $_____ and conditions were not met.
☐ Government moved for detention and defendant detained after hearing in District of Arrest.
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense.
☐ Other (specify):

REPRESENTATION: Eric Wolpin, FD

INTERPRETER REQUIRED: No

    The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

SO ORDERED.

*Andrea K. Johnstone*

Andrea K. Johnstone
United States Magistrate Judge

July 16, 2026

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

13